UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X

KATHY JONES; et al.,

                                                   Plaintiff,

-against-

THE CITY OF NEW YORK; et al,

                                                 Defendants.

**DECLARATION OF SERVICE OF SUMMONS AND COMPLAINT ON DEFENDANT CITY OF NEW YORK**

**08 CV 4512**

------------------------------------------------------------------------X

        I, MICHAEL PETER KUSHNER, declare, pursuant to 28 U.S.C. § 1746, under penalty of perjury as follows:

        1.     I am not a party to this action, I am over 18 years of age, and I reside in the State of New York. On May 21, 2008, at approximately 11:10 a.m., I served the summons, complaint, the assigned Judge's Individual Rules, USDC/ SDNY Instructions for Filing an Electronic Case or Appeal, USDC/SDNY Procedures for Electronic Case Filing, and USDC/ SDNY Guidelines for Electronic Case Filing in this matter on defendant CITY OF NEW YORK by delivering a copy of same to DOCKETING CLERK AMANDA GONZALES, an agent authorized by appointment or by law to receive service of process, at LAW DEPARTMENT OF THE CITY OF NEW YORK, 100 Church Street, New York, New York. This person is a Hispanic female, approximately 30 years old, and approximately 5' 6" tall.

Dated:     New York, New York
              May 21, 2008

                                        /s/ Michael P. Kushner, Esq.
                                        MICHAEL PETER KUSHNER (MK 6117)
                                        350 Fifth Avenue, 68th Floor
                                        New York, New York 10118