UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X

KATHY JONES, et al.

                                      Plaintiffs,

            -against-

THE CITY OF NEW YORK; et al,

                                    Defendants.

**AFFIDAVIT OF SERVICE OF SUMMONS AND COMPLAINT ON DEFENDANT P.O. ANGUS MACKENZIE**

**08 CV 4512**

------------------------------------------------------------------X

        I, KIMBERLY DUFFY, declare, pursuant to 28 U.S.C. § 1746, under penalty of perjury as follows:

        1.     I am not a party to this action, I am over 18 years of age, and I reside in the State of New York. On June 2, 2008, at approximately 4:15 p.m., I served the summons and complaint in this matter on defendant P.O. ANGUS MACKENZIE, SHIELD # 6284 by delivering a copy of same to CYNTHIA BUSBY, a person of suitable age and discretion at defendant's place of business, within the state, at NYPD Headquarters, One Police Plaza, New York, New York 10007. This person is an African American woman in her forties with short brown hair and brown eyes.

        2.     Thereafter, on June 3, 2008, I mailed a copy of the summons and complaint post paid by first class mail properly addressed to the defendant at the aforementioned address in an envelope marked personal and confidential and not indicating that the communication was from an attorney or concerned an action against the defendant and deposited said envelope in a post office official depository under exclusive care of the United States Postal Service.

Dated:     New York, New York
              June 3, 2008

                                      _____
                                      KIMBERLY DUFFY

Subscribed to and sworn before
me this 3rd day of June, 2008.

_____
NOTARY PUBLIC

                                    MICHAEL P. KUSHNER
                                   Notary Public, State of New York
                                   No. 02KU6_____
                                   Qualified in New York County
                                   Commission Expires May __, 2010