AO 458 (Rev. 10/95) Appearance

# UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF NEW YORK

KATHY JONES, et al.

v.

CITY OF NEW YORK, et al.

**APPEARANCE**

Case Number: 08 CV 4512 (DLC)

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for

City of New York
Commissioner Raymond W. Kelly

I certify that I am admitted to practice in this court.

June 5, 2008
Date

*Meghan Cavalieri*
Signature

Meghan A. Cavalieri — MC 6758
Print Name — Bar Number

100 Church Street
Address

New York, NY   10007
City   State   Zip Code

(212) 788-6405   (212) 788-9776
Phone Number   Fax Number